# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**865**

**CAF 10-01066**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF DEREK R. BROWNLEE, ESQ., ATTORNEY
FOR THE CHILD, ON BEHALF OF CAILYN G.,
PETITIONER-RESPONDENT,

V                                                                        ORDER

CARL A. GUTZMER, RESPONDENT-APPELLANT.

---

CHARLES J. GREENBERG, BUFFALO, FOR RESPONDENT-APPELLANT.

CHARLES PLOVANICH, ATTORNEY FOR THE CHILD, ROCHESTER, FOR
PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered October 21, 2009 in a proceeding pursuant to Family Court Act article 8. The order, among other things, adjudged that respondent committed acts constituting the family offense of harassment in the second degree and placed respondent under probation supervision for a period of 12 months.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  September 30, 2011                          Patricia L. Morgan
                                                      Clerk of the Court